FILED
 2008 Sep-08 PM 04:35
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM JOSEPH CARR,** | ) |
| | ) |
| **Petitioner,** | ) |
| vs. | ) Case No.2:08-cv-281-VEH-TMP |
| | ) |
| **WARDEN; ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | ) ) |
| | ) |
| **Respondents.** | ) |

## **O R D E R**

On August 6, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DISMISSED WITH PREJUDICE** as barred by 28 U.S.C. § 2244(d).

**DONE** and **ORDERED** this the 8th day of September, 2008.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge